FILED
2013 Feb-13 AM 11:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL EASTER and | ) |
| MARIE EASTER | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action Case No. |
| | ) 7:13-cv-00135-RDP |
| FAMILY CREDIT, INC. | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated that the above-styled action may be dismissed with prejudice, as to all Defendants, with court costs taxed as paid.

Dated this 12th day of February, 2013.

_____
Attorney for Plaintiff
Jerry O. Lorant

_____
Attorney for Defendant
Maurice L. Shevin

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
ALABAMA, WESTERN DIVISION

MICHAEL EASTER and )

MARIE EASTER )
)
    Plaintiffs, )
)
v. )    Civil Action Case No.
)    7:13-cv-00135-RDP
FAMILY CREDIT, INC. )
)
    Defendant. )

## ORDER FOR DISMISSAL WITH PREJUDICE

This cause came on to be heard on the Stipulation of Dismissal with Prejudice dated February _12_, 2013, and it is hereby ORDERED that defendant Family Credit, Inc., a corporation, and any and all fictitious parties are hereby dismissed with prejudice, individually and in all respects and capacities, including without limitation, as alter egos, controlling persons, principals, shareholders, incorporators, directors, officers, employees, agents, partners, indemnitors, guarantors, constructive trustees, equitable trustees, or trustees ex maleficio of Family Credit, Inc., or of any other person, firm or corporation, as averred in the Plaintiffs' complaint. Court costs shall be taxed as paid.

    Done and Ordered this ____ day of _____, 2013.


                                      _____
                                      United States District Judge