FILED
 2013 Feb-13  PM 02:14
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MICHAEL EASTER and** <br> **MARIE EASTER,** <br><br> Plaintiffs, <br><br> v. <br><br> **FAMILY CREDIT, INC.,** <br><br> Defendant. | } <br> } <br> } <br> } <br> } Case No.: 7:13-CV-00135-RDP <br> } <br> } <br> } <br> } <br> } |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. # 7), filed on February 13, 2013, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.

The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this ___13th___ day of February, 2013.



**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE